No. 570. ANDERSON *v.* GLADDEN, WARDEN. The motion to dispense with printing the petition for certiorari is granted. Petition for writ of certiorari to the Supreme Court of Oregon denied.

No. 603. SULLIVAN ET AL. *v.* NESMITH ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this petition. *John P. Kohn* and *Calvin M. Whitesell* for petitioners.

No. 176, Misc. SYDNOR *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 254, Misc. SPENCER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 287, Misc. HARRIS *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 528, Misc. OPPENHEIMER *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William B. McKesson* for respondent.